Joseph G. KAMIL and Florence Kamil, Plaintiffs, v. B. C. SCHRAM, Receiver for FIRST NATIONAL BANK OF DETROIT, Defendant.

No. 7563.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1936.

Hiram Y. Popkin and Leonard Simons, both of Detroit, Mich., for appellants.

Robert S. Marx, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon reading and filing the stipulation of the parties hereto and the court being fully advised in the premises,

On motion of Hiram Y. Popkin, attorney for the plaintiffs,

It is ordered that the appeal heretofore taken in the above-entitled cause be docketed and dismissed with prejudice to either of the parties hereto and without further cost to either of the parties hereto.

It is further ordered that Elmer W. Voorhies, clerk of the United States District Court for the Eastern District of Michigan, return to Leonard Simons, cocounsel for the plaintiffs herein, the cash bond heretofore deposited with the said clerk.

Harry E. KESSLER, Appellant, v. UNITED STATES of America, Appellee.

No. 47.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Lind, Shlivek, Marks & Brin, of New York City (Julius Appelman, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Edward J. Ennis, of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Margaret G. KING, Appellant, v. UNITED STATES of America, Appellee.

No. 7608.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1937.

Leo J. Sandmann, of Louisville, Ky., for appellant.

Oldham Clarke, of Louisville, Ky., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss the appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, and it further appearing that appellant has failed to file the record and docket the case by or before the return day, and that there has been no extension of time therefor,

On consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.